**DATE OF NOTICE:**          December 2, 2015

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MARTIN BROWN | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION, LLC, ET AL | : | No.  15-6262 |
| *Defendants*. | : | |

### NOTICE OF INITIAL PRETRIAL CONFERENCE

An **INITIAL PRETRIAL CONFERENCE ("IPTC")** in the above-captioned matter

will be held on Wednesday, February 3, 2016 at 10:00 a.m. with the Honorable Gene E.K.

Pratter in Chambers, Room 10613, United States Courthouse, 601 Market Street, Philadelphia,

PA 19106.

**Attached are (1)** the Court's Notice to Counsel: Scheduling and Discovery Policy;[1] **(2)**

the Court's Checklist for Rule 26(f) Meet and Confer Regarding Electronically Stored

Information ("ESI");[2] and **(3)** the Court's Template and Expectations for Joint Report of Rule

26(f) Meeting and Proposed Discovery Plan.[3] Plaintiff(s) shall serve promptly a copy of this

Notice and the accompanying documents on all Defendants.[4] Counsel should become familiar

with these documents, and should submit a Joint Report of Rule 26(f) Meeting and Proposed

Discovery Plan, drafted in accordance with the Court's Template and Expectations and in

---

[1] *Also available at* https://www.paed.uscourts.gov/documents/procedures/notices/prapol6.pdf.

[2] *Also available at* https://www.paed.uscourts.gov/documents/procedures/prapol4.pdf.

[3] *Also available at* https://www.paed.uscourts.gov/documents/procedures/prapol5.pdf.

[4] If a defendant is unrepresented at the time Plaintiff's counsel receives this Notice, the copy should be sent to the defendant. If counsel enters an appearance for defendant after the notice has been forwarded but before the conference then Plaintiff's counsel shall promptly forward a copy of this Notice to defense counsel.

compliance with Federal Rule of Civil Procedure 26(f), **at least three *business* days prior** to the day of the conference.  If no counsel for Defendant(s) has appeared by three business days prior to the day of the conference, counsel for Plaintiff(s) shall submit a report outlining plans for service of the Complaint (if not yet completed), as well as a plan for discovery following the Court's Template and Expectations for Joint Report of Rule 26(f) Meeting and Proposed Discovery Plan. Should counsel for Plaintiff(s) submit such a report to the Court, that report shall be served upon all Defendants.

If trial counsel in this case is on trial in a court of record at the scheduled time of the IPTC, another attorney in the trial attorney's office who is familiar with the case is required to appear at the IPTC. Do *not* send unknowledgeable substitutes to the conference. The IPTC will be continued to another date only in exceptional circumstances, and requests for phone conferences will *not* be routinely granted. Such requests should be made as far in advance of the scheduled conference as possible. Last minute requests should be accompanied by verifiable excuse.

In addition to consulting the attached documents, counsel are advised to review and follow Judge Pratter's General Pretrial and Trial Procedures, which are posted on http://www.paed.uscourts.gov under "Judge's Procedures."[5] Counsel may call Chambers at the number listed below to request a hard copy of the Procedures Memorandum.

In the event counsel sends any facsimile to Chambers after 5:00 PM on weekdays or at any time on the weekends, counsel must also leave a voicemail message on the Court's direct telephone line (267-299-7350).

---

[5] The direct URL is https://www.paed.uscourts.gov/documents/procedures/prapol2.pdf.

Counsel are also advised that the Court expects all counsel to be registered on the ECF system of this District Court. All official filings submitted to the Clerk of Court must be filed directly by the filing attorney on ECF. The Court's orders, opinions, and other docketed materials will be filed on ECF and notice thereof will be communicated to counsel either by ECF or ordinary first-class mail. Requests to be excused from ECF registration must be made in writing directly to Judge Pratter.

S/Rose A. Barber
Rose A. Barber
Deputy Clerk – Civil
For Judge Gene E.K. Pratter

Copies sent by ECF to:
Mark D. Mailman
Gregory J. Gorski