UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| WILLIAM MARTIN BROWN,<br>    Plaintiff, | CASE NO. 2:15-cv-06262-GEKP |
| vs. | |
| TRANS UNION, LLC and CIC<br>MORTGAGE CREDIT, INC.,<br>    Defendants. | |

---

### AFFIDAVIT OF JOHN F. GILLESPIE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

---

John F. Gillespie, of full age, hereby deposes and says:

1. I am an attorney with the law firm of Schuckit & Associates, P.C., 4545 Northwestern Drive, Zionsville, Indiana 46077 telephone: 317-363-2400; facsimile: 317-363-2257.

2. I make this Affidavit in support of the application to admit me pro hac vice to appear and participate in this matter as attorney for Defendant Trans Union, LLC. I have personal knowledge of the matters set forth herein.

3. I am admitted to the following jurisdictions:

State Bar Admissions

Indiana – 10/06/2014 - Bar No. 31983-49
Georgia - 07/28/2010 - Bar No. 782966
Oklahoma - 03/24/2014; Bar No. 31814
Ohio - 11/20/1978; Bar No. 0042918
Texas - 12/30/1982; Bar No. 07926300

Federal Bar Admissions

U.S. District Court for the District of Colorado – 02/19/2013
U.S. District Court for Northern District of Georgia – 08/23/2010

U.S. District Court for the Northern District of Indiana – 10/06/2014
U.S. District Court for the Southern District of Indiana – 10/06/2014
U.S. District Court for the Northern District of Ohio – 04/06/2011
U.S. District Court for the Southern District of Ohio – 01/10/1980
U.S. District Court for the Northern District of Texas– 12/01/1982

4. I am in good standing in all jurisdictions to which I am admitted.

5. A monetary sanction of $490 was imposed on July 19, 1991 and my Ohio state attorney registration was suspended on December 2, 2005 due to failure to complete continuing legal education requirements for the reporting period 1988-1989 (case no. CLE-1990-42918). The fine was paid on April 21, 2006 and my attorney registration was reinstated April 25, 2006. I am currently in good standing in the State of Ohio and have never been suspended in any other jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

6. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and I agree to be bound by both sets of Rules for the duration of the case for which pro hac vice admission is sought.

7. If granted pro hac vice status, I will in good faith continue to advise counsel who has moved for the pro hac vice admission of the current status of the case for which pro hac vice status has been granted and of all material development therein.

**I CERTIFY THE FOREGOING STATEMENTS MADE BY ME ARE TRUE.**

_____
John F. Gillespie